```
                                                          CLERK'S OFFICE U.S. DIST. COURT
                                                                AT ROANOKE, VA
                                                                     FILED

                                                                 JUN 13 2005
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/ 07
    DEPUTY CLERK

| | |
|---|---|
| **BERNARD BARNETT,** ) | |
|     Petitioner, ) | Civil Action No. 7:05-cv-00356 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **B.A. BLEDSOE,** ) | By: Jackson L. Kiser |
|     Respondent. ) | Senior U.S. District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is hereby **DENIED**; his petition is hereby construed as a second or successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, **FILED** solely for administrative purposes, and **DISMISSED** without prejudice; and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This _____ day of June, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge